FILED 29 OCT '13 13:08 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA

Case. No. 3'13-CR-509-MO

v.

JEREMIAH JAMES JOHNSON,

Defendant.

INFORMATION

18 U.S.C. §§ 1791(a)(2), (b)(5) and (d)(1)(G).

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
(Possession of Contraband)

On or about July 18, 2013, in the District of Oregon, within Federal Correctional Institution Sheridan, and within the special maritime and territorial jurisdiction of the United States JEREMIAH JAMES JOHNSON, defendant herein, being an inmate of a prison, possessed, or obtained, or attempted to obtain a prohibited object, to wit: an electric motor, which constituted an object that threatens the order, discipline, or security of a prison, all in violation of 18 U.S.C. §§ 1791(a)(2), (b)(5) and (d)(1)(G).

DATED this 29th day of October 2013.

S. AMANDA MARSHALL, OSB #95347
United States Attorney

GREGORY R. NYHUS, OSB # 913841
Assistant United States Attorney